IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA   )
   )
Plaintiff,   )
   )
   v.   )   Case No. 19-00370-CR-W-HFS
   )
Calueb L. Visnich   )
   )
Defendant.   )

**ORDER**

At a Change of Plea Hearing held on July 9, 2020, before Magistrate Judge

Lajuana M. Counts, defendant executed a Plea Agreement. (Doc. 23).  In a Report

and Recommendation dated July 9, 2020 (Doc. 24), Judge Counts determined that

the guilty plea to the lesser included charge contained within Count One of the

Indictment charging defendant with a violation of 19 U.S.C. §§ 942(g)(1) and

924(a)(2) - that is, being a felon in possession of a firearm, was knowledgeable

and voluntary and that the offense was supported by an independent basis in fact

containing each essential element of the offense.

After review of the hearing record (and in the absence of objections) I

ADOPT the Report and Recommendation (Doc. 24) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be

filed within 120 days.


SO ORDERED.

                                         /s/ Howard F. Sachs
                                        HOWARD F. SACHS
                                        UNITED STATES DISTRICT JUDGE


July 27, 2020

Kansas City, Missouri